

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00583-CV

Kevin **DOTY** and Elizabeth Doty,
Appellants

v.

Richard **DAVIDSON** and Javline Ranch (a General Partnership), a/k/a Javelin Ranch, a/k/a Javelin Ranch, LP,
Appellees

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-15-100
Honorable Leonel Alejandro, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we AFFIRM the trial court's order denying appellants' motion for summary judgment on limitations and standing/capacity. We REVERSE the trial court's order granting appellees' motion for summary judgment concerning ownership of the Ranch and REMAND appellees' claims to the trial court for further proceedings.

It is ORDERED that each party shall bear their own costs of this appeal.

SIGNED June 29, 2022.

_____
Rebeca C. Martinez, Chief Justice